| | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 1997 | *Report Required by the Ethics Reform Act of 1989 Pub. L. No. 101-194, November 30, 1989 (5 U.S.C. App. 4 101-112)* |
|---|---|---|
| 1. Person Reporting (Last name, first, middle initial)<br><br>Frank, Donovan, W. | 2. Court or Organization United States<br>District Court for the State<br>of Minnesota | 3. Date of Report<br><br>May 22, 1998 |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>Nominee: United States<br>District Court for the State<br>of Minnesota | 5. ReportType (check appropriate type)<br>X Nomination, Date 5/21/98<br>___ Initial ___ Annual ___ Final | 6. Reporting Period<br><br>1/1/97 to 5/15/98 |
| 7. Chambers or Office Address<br>St. Louis County Courthouse<br>300 South Fifth Avenue<br>Virginia, MN 55792 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| personal representative | for the estate of Lillian Jacobson (mother-in-law) August 10, 1997 to June 1, 1998 |
| | |
| | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| _____ | Minnesota State Retirement Plan (when eligible) |
| _____ | State of Minnesota Deferred Compensation Plan |
| _____ | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1996 | Judicial Salary, State of Minnesota | $85,209.06 |
| 1997 | Judicial Salary, State of Minnesota | $84,851.87 |
| 1/1/98 - 5/15/98 | Judicial Salary, State of Minnesota | $38,410.99 |
| 1996 | Kathy Frank (spouse) nurse's salary - hospital | $8,564.58 |
| 1997 | Kathy Frank (spouse) nurse's salary - hospital | $9,748.00 |
| 1998 | Kathy Frank (spouse) nurse's salary - hospital | 3,400.00 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Frank, Donovan, W. | May 22, 1998 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements received by spouse and dependent children, respectively. See pp. 25-30 of instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| NONE (No such reportable reimbursements.) | |
| exempt | |
| | |
| | |
| | |
| | |
| | |

## V. GIFTS. *(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate gifts received by spouse and dependent children, respectively. See pp. 29-32 of instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| NONE (No such reportable gifts.) | | |
| exempt | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; indicate, where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 33-35 of instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| X NONE (No reportable liabilities.) | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

Digitized by Google

| Name of Person Reporting | Date of Report |
|---|---|
| FINANCIAL DISCLOSURE REPORT | Frank, Donovan, W. | May 22., 1998 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(includes those of spouse and dependent children. See pp 34-54 of Instructions)*

| A. Description of Assets (including trust assets) *Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.* Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type e.g. div. rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions ) | | | | | | | | | |
| 1 PaineWebber Alliance Stock Fund (J) | B | div. | K | T | | | | | |
| 2 U.S. Savings Bond (J) | A | int. | J | T | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |

| 1. | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| | | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash Market | |
| | | U=Book Value | V=Other | W=Estimated | | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Frank, Donovan, W. | May 22, 1998 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____  Date _May 22, 1998_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App. 4, § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle
Washington, D.C. 20544

Digitized by Google

FI'

VI

## NET WORTH

_____ complete, current financial net worth statement which itemizes in detail _____ _____, and estate, securities, trusts, investments, and other financial _____ _____ funding debts, mortgages, loans, and other financial obligations) of _____ _____ and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| | 3,000 | 00 | | Notes payable to banks—secured | | | |
| | 5,000 | 00 | | Notes payable to banks—unsecured | | | |
| | | | | Notes payable to relatives | | | |
| | | | | Notes payable to others | | | |
| | | | | Accounts and bills due | | | |
| | | | | Unpaid income tax | | | |
| | | | | Other unpaid tax and interest | | | |
| ...schedule | | | | Real estate mortgages payable—add schedule | 15,000 | 00 | |
| ...receivable | 165,000 | 00 | | Chattel mortgages and other liens payable | | | |
| ...sonal property | 50,000 | 00 | | Other debts—itemize | 13,000 | 00 | |
| ...insurance | 11,000 | 00 | | | | | |
| ...itemize | | | | | | | |
| ...School of Pine Dr Mer | 16,000 | 00 | | | | | |
| ...Congregation (Great | | | | | | | |
| Company with the State of | | | | Total liabilities | 28,000 | 00 | |
| ...sota ) | 60,000 | 00 | | Net Worth | 282,000 | 00 | |
| ...Asset | 310,000 | 00 | | Total liabilities and net worth | 310,000 | 00 | |

### CONTINGENT LIABILITIES

| | | |
|---|---|---|
| ...indorser, comaker or guarantor | None | |
| On leases or contracts | None | |
| Legal Claims | None | |
| Provision for Federal Income Tax | None | |
| Other special debts | None | |

### GENERAL INFORMATION

Are any assets pledged? (Add schedule.)  No

Are you defendant in any suits or legal actions?  No

Have you ever taken bankruptcy?  No